IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ALFRED RUSSELL MARTIN,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | **CIVIL ACTION NO. 3:24-CV-00106-E** |
| v. | § | |
| | § | |
| **CENTRAL TRANSPORT, LLC,** | § | |
| | § | |
| *Defendant*. | § | |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant Central Transport LLC ("Defendant" or "Central Transport") submits its Certificate of Interested Persons and Corporate Disclosure Statement as required by Federal Rule of Civil Procedure 7.1 and Local Rules 3.1(c) and 7.4, and states:

### I.     CERTIFICATE OF INTERESTED PERSONS

Defendant identifies the following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parents or subsidiary corporations, or other legal entities who or which are financially interested in the case:

1. Alfred Russell Martin — Plaintiff

2. Wade A. Forsman — Plaintiff's attorney

3. Central Transport LLC — Defendant

4. Talley R. Parker
   Jackson Lewis P.C. — Defendant's attorneys

1

## II. CORPORATE DISCLOSURE STATEMENT

Central Transport states that: (a) its parent company is LTL Holding Company, LLC; (b) no publicly-held corporation directly owns 10% or more of its stock; and (c) none of its members or affiliates are publicly-traded.

Dated: February 12, 2024

Respectfully submitted,

/s/ Talley R. Parker
Talley R. Parker
Texas State Bar No. 24065872
talley.parker@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
(214) 520-2400 – Telephone
(214) 520-2008 – Facsimile

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

On February 12, 2024, I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel of record electronically, as authorized by Federal Rule of Civil Procedure 5(b)(2), including Wade A. Forsman.

/s/ Talley R. Parker
Talley R. Parker